IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 20-mj-00078-SKC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    YEN CHAM YUNG,

        Defendant,

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court,[1] and I appear in this case as counsel for the United States of America.

Respectfully submitted this 23rd day of June, 2020.

        BY:    *s/ Rajnath Laud*
                   Rajnath Laud
                   Assistant United States Attorney
                   United States Attorney's Office
                   Northern District of Illinois, Eastern Division
                   219 South Dearborn Street, Room 500
                   Chicago, IL 60604
                   Phone: (312) 469-6306
                   Email: rajnath.laud@usdoj.gov

---

[1] I submitted my ECF filing application on June 22, 2020. I have not yet received an ECF filing account.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of June, 2020, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                s/ *Amy McDaniel*
                                                Amy McDaniel
                                                Legal Assistant
                                                U.S. Attorney's Office