IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 20-mj-00078-SKC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. YEN CHAM YUNG,

        Defendant,

## ENTRY OF APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Respectfully submitted this 23rd day of June, 2020.

        BY: *s/ Rajnath Laud*
              Rajnath Laud
              Assistant United States Attorney
              United States Attorney's Office
              Northern District of Illinois, Eastern Division
              219 South Dearborn Street, Room 500
              Chicago, IL 60604
              Phone: (312) 469-6306
              Email: rajnath.laud@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of June, 2020, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      s/ *Rajnath Laud*
      Rajnath Laud
      Assistant United States Attorney
      United States Attorney's Office
      Northern District of Illinois, Eastern Division
      219 South Dearborn Street, Room 500
      Chicago, IL 60604
      Phone: (312) 469-6306
      Email: rajnath.laud@usdoj.gov