6/23/2020    Yen Yung - Colorado Springs, Colorado Area | Professional Profile | LinkedIn

Linked**in**    Join now    Sign in

Yen Yung



...

## Yen Yung

Special Agent at Federal Bureau of Investigation (FBI) (Ret.)

Colorado Springs, Colorado Area · 500+ connections

Jakarta International Hotels & Development (JIHD)

 Northwestern University - Kellogg School of Management

Join to Connect

## About

Innovative and highly motivated professional senior leader / investigative and security specialist with a demonstrated record of problem solving and conflict resolution, with emphasis on security and investigative concerns, to help stakeholders eliminate risk.

Proactive in developing and implementing strategies and solutions to achieve and ensure mission success and have worked extensively with domestic and international partners, both governmental and private sectors.

Recognized for distinguished performance as a Special Advisor to the Commander, Headquarters, North American Aerospace Defense Command and United States Northern Command. Received the Joint Civilian Service Commendation Award in 2013.

**GOVERNMENT EXHIBIT 1**

## Activity

**Linked in**                                                              Join now    Sign in

Yen Yung



Wrote this column for The Hill back in February of 2018 -- long before we knew extent of mistakes and malfeasance of James Comey's senior-executive...

Liked by **Yen Yung**



Violent criminals are now on the streets to keep them safe. Question: who is keeping the law abiding citizens safe?

Liked by **Yen Yung**

Join now to see all activity

## Experience

### CS/Risk Management & Mitigation
Jakarta International Hotels & Development (JIHD)
Sep 2016 – Dec 2018 · 2 years 4 months

Greater Jakarta Area, Indonesia

Corporate Security Advisor for entire AG Group; developed and implemented all security policies, protocols and procedures currently being used. Specialized in risk management and mitigation, including business infrastructure and human capital development. Handled contractual responsibilities and provided national and global support in all aspects of intelligence: business, cyber, terrorism and criminal; as well as the related investigations.



### Federal Bureau of Investigation (FBI)
20 years 5 months

### Supervisory Special Agent (Retired)
Oct 2002 – Aug 2016 · 13 years 11 months
Washington D.C. Metro Area

6/23/2020                                    Yen Yung - Colorado Springs, Colorado Area | Professional Profile | LinkedIn

**Linked in**                                                                                 Join now    | Sign in |

Yen Yung

training in this area, as well as Transnational Organized Crime...

Show more ⌄

### Legal Attaché - Jakarta, Indonesia
Feb 2014 – Feb 2015 · 1 year 1 month

U.S. Embassy Jakarta - Indonesia

Oversaw all FBI operations and investigations for Indonesia and Timor-Leste. Provided and advised U.S. Ambassador and key partners on FBI operations, interest and equities in country and internationally.

Highlights:
- Developed exceptional relationships with host countries, as well as the Australian Federal Police, among others
- Conducted and coordinated multiple international investigations in country, across all major programs - Cyber, Foreign Corruption, Terrorism, Violent...

Show more

### Detailee / Special Advisor to Commander, NORAD and USNORTHCOM
Feb 2010 – Oct 2013 · 3 years 9 months

Colorado Springs, Colorado

Assigned as the FBI Representative and Special Advisor to the 4-star General / Commander at NORAD and USNORTHCOM. Developed the relationship described as "an unparalleled model for interagency collaboration and cooperation." Leveraged all DoD assets and support to FBI operations and investigations, and visa versa. Focused daily and systematically on all terrorism threats and Force Protection issues with the J2 and J3 elements, thus ensuring all 4300 plus military installations, recruiting...

Show more

### Supervisory Special Agent / Acting Assistant Special Agent in Charge
Jun 2005 – Feb 2010 · 4 years 9 months

Chicago, Illinois

**Linkedin**                                                            Join now   | Sign in |

Yen Yung

well, which accounted for foreign language support throughout the...

Show more


### Special Agent

Apr 1996 – Oct 2002 · 6 years 7 months

Washington D.C. Metro Area and Honolulu, Hawaii

Entering the Bureau with my police experience and expertise in Organized Crime, I led and conducted numerous investigations involving International Organized Crime and other significant criminal enterprises. Disrupting and dismantling criminal organizations was my focus, as well as developing a substantial intelligence base in terms of cultivating informants.

Highlights:
- Prosecuted and dismantled multiple Organized Crime and drug trafficking groups, and individuals involved in...

Show more


### Police Officer / Sergeant

City of Alexandria, Virginia Police Department

Mar 1985 – Apr 1996 · 11 years 2 months

Alexandria, Virginia

I served as a patrolman, crime scene investigator, school liaison officer, undercover narcotics investigator, Commonwealth of Virginia certified Police Instructor and as a Sergeant in Patrol, Detective Sergeant in Street Crimes - Vice Narcotics and the Evidence Division. I also served as the Watch Commander and on-scene commander on multiple occasions throughout my career. I initiated and conducted an aggressive outreach and crime prevention program, to include being assigned to community...

Show more


# Education

                                                         Join now    Sign in

Yen Yung

### George Mason University

BA Psychology · Psychology and Criminal Behavior; minor in Business Management and Accounting · 3.7

1990 – 1992

Activities and Societies: Honor Roll

Applying psychology allows one to see the human nature side of society…excellent tool in developing and cultivating sources of information and intelligence.

## Honors & Awards

### The Joint Civilian Service Commendation Award

Department of Defense

Jul 2013

Distinguished performance as a Special Advisor to the Commander, Headquarters, North American Aerospace Defense Command and United States Northern Command.

### FBI Director's Award for Outstanding Counterterrorism Investigation

Federal Bureau of Investigation

Jun 2003

FBI Director's Award for Outstanding Counterterrorism Investigation on the Daniel Pearl Investigation.

### Washington D.C. Council of Government "Best Tactical Team" Award

Washington D.C. Council of Government

Oct 1995

Washington D.C. Council of Government "Best Tactical Team" Award for leadership in support of the Washington Metropolitan Area war on drugs.

## Languages

### English

**Linked**in                                                                Join now    Sign in

Yen Yung

**Mandarin**
Limited working proficiency

**Spanish**
Limited working proficiency

**Indonesian**
Elementary proficiency

# Organizations

### International Organization of Asian Crime Investigators and Specialists (IOACIS)
Advisory Board Co-chairperson; currently Honorary Advisory Board

Apr 2003 – Present

Providing guidance and support to this non-profit organization with information sharing, training and networking opportunities.

## View Yen's full profile

- See who you know in common
- Get introduced
- Contact Yen directly

[ Join to view full profile ]

## People also viewed

**Chris Hopkins**
Special Agent at FBI

Linked**in**   Join now   Sign in

**Yen Yung**


W/C at FBI


**Walt Knaepple CBI, CFI, CMI**
Certified Code Official


**Quan Pham**
Pilot at American Airlines


**Keith Burriss**
Special Agent at FBI


**Christopher L Jones Sr**
Digital Investigator at United States Department of Health and Human Services Office of Inspector General

**Michael LaPlante**
Security Manager at ExxonMobil


**Amia Lane**
Product/service


**Todd Wilcox, JD, MBA**
Managing Director, Corporate Security at Charles Schwab & Co., Inc; Former FBI Supervisory Special Agent

Show more profiles ⌄

# Others named **Yen Yung**

**Yen Yung**
Independent FCC Consultant
Almere Stad Area, Netherlands

**Yen Yung**
Global Specialist FCC at Albemarle Catalysts Company BV
Almere Stad Area, Netherlands


**Chi-Yen Yung**

Linked**in**                                                                 Join now    Sign in

Yen Yung

Toronto, Canada Area

5 others named Yen Yung are on LinkedIn

See others named **Yen Yung**

## Add new skills with these courses

 CISSP Cert Prep: 7 Security Operations

 Developing Cross-Cultural Intelligence

 How to Slow Down and Be More Productive

See all courses

## Yen's public profile badge

Include this LinkedIn profile on other websites

 **Yen Yung**
Special Agent at Federal Bureau of Investigation (FBI) (Ret.)

Northwestern University - Kellogg School of Management

Linked**in**

View profile badges

6/23/2020                                    Yen Yung - Colorado Springs, Colorado Area | Professional Profile | LinkedIn

**Linked in**                                                                                    Join now    | Sign in |

Yen Yung

Guest Controls                                        Community Guidelines

Language

| ☑ County Court ☐ District Court | GRANTED BY COURT |
|---|---|
| _____ County, Colorado | 09/17/2019 |
| Court Address: 270 S. TEJON ST. COLORADO SPRINGS, CO | DATE FILED: September 17, 2019 2:12 PM<br>CASE NUMBER: 2019M4950 |
| Plaintiff(s)/Petitioner(s): PEOPLE OF THE STATE OF COLORADO<br>v.<br>Defendant(s)/Respondent(s): YUNG, YEN CHAM | SEP 12 2019<br>Stephen Sletta<br>Judge<br>▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>ROBERT KRUSE, 231 E. VERMIJO AVENUE<br>CS, CO. 80903<br>Phone Number: 7A471   E-mail:<br>FAX Number: 2100   Atty. Reg. #: | Case Number:<br>C021 2019 M 004941<br>C021 2019 M 004950<br>Division C Courtroom |
| **MOTION TO TRAVEL OUT OF STATE** | |

**For the following reasons: (cite any applicable law)**

TO CONTINUE WORKING ON A PART-TIME CONSULTANCY BASED IN LOS ANGELES, CALIFORNIA; AND WORKING WITH THE INDONESIAN CONSULATES AND INDONESIAN EMBASSY IN WASH. DC AND THE UNITED NATIONS PROGRAM IN NEW YORK, AS NEEDED.

**I request the Court to:**

GIVE PERMISSION TO TRAVEL TO OTHER STATES IN THE UNITED STATES AS NECESSARY ON A PART TIME BASIS STARTING SEPT 17, 2019. MY NEXT COURT APPEARANCE IS OCT 16, 2019; TRIAL IN NOVEMBER 2019 (SCHEDULED) I WILL BE PHYSICALLY PRESENT IN ALL MY HEARINGS. THANK YOU

Date: 9/12/2019

Signature of ☐Petitioner/Plaintiff or ☑Respondent/Defendant

Address: 12440 JACOBS CREEK CT
City, State and Zip Code: COLORADO SPRINGS, CO 80921
Telephone Number (Home): 7196464106   (Work): 7204724228

* PREVIOUS TRAVEL REQUEST GRANTED ON 9/5/2019.

**CERTIFICATE OF SERVICE**

I certify that on 9/12/2019 (date) a true and accurate copy of the Motion to TRAVEL OUT OF STATE was served on the other party by:
☑Hand Delivery, ☐E-filed, ☐Faxed to this number _____, or
☐by placing it in the United States mail, postage pre-paid, and addressed to the following (include name and address):
To: DISTRICT ATTORNEY'S OFFICE

☐Petitioner/Plaintiff or ☑Respondent/D

GOVERNMENT EXHIBIT 2

JDF 78   R5/17   MOTION TO

| | |
|---|---|
| El Paso County, CO District Court<br>address: 270 South Tejon<br>Colorado Springs, CO 80903<br>Phone Number: (719) 452-5000 | DATE FILED: April 24, 2020 6:17 PM<br>FILING ID: FF7A6516D6C9D<br>CASE NUMBER: 2019DR30862 |
| **IN RE THE MARRIAGE OF:**<br>**CANDICE DONNELL YUNG, Petitioner,**<br>and<br>**YEN CHAM YUNG, Respondent.** | **Court Use Only** |
| Robert L. Kruse, P.C.<br>231 East Vermijo Avenue<br>Colorado Springs, Colorado 80903<br>Phone Number: (719) 471-2100<br>mail: RobKruseLaw@gmail.com<br>FAX Number: (719) 634-1579  Atty. Reg. #: 17880 | Case Number:<br><br>**2019DR30862**<br><br>Division M/2     Courtroom |
| **WITNESS LIST** | |

   COMES NOW the Respondent, YEN CHAM YUNG, by and through his attorney, Robert Kruse of ROBERT L. KRUSE, P.C., and hereby discloses the following witnesses Final Orders Hearing:

I. Lay Witnesses

   1. Candice Yung, Petitioner. Petitioner may be called to testify regarding all matters at issue in this litigation.

   2. Yen Cham Yung, Respondent. Respondent may be called to testify regarding all matters at issue in this litigation.

   3. Custodian of Records, Federal Bureau of Investigation

U.S. Department of Justice
Office of Information Policy
441 G Street NW, Sixth Floor
Washington, D.C. 20001
(540) 868-4593

A custodian of records for the Federal Bureau of Investigation/ Department of Justice may be called for the purpose of verifying that certain property of the parties is in the possession of the Federal Bureau of Investigation and policies and law regarding what information can be released concerning said possession and records.

GOVERNMENT
EXHIBIT
3

1

  4. Josh Gunkel/ Hadassah Hiner/ Jayson A. Murphy/ Custodian of Records/ Supervisor

T.I. Probation Services
128 South Tejon Street, Suite 301,
Colorado Springs, CO, 80903
(719) 203–2518 (Work)
(719) 471-0312 (Front Desk)
(719) 577-4677 (Fax)

Respondent's supervising probation officer, a supervisor, or the custodian of records from T.I. Probation Services may be called to produce Respondent's probation file, and testify as to Respondent's employment and needing travel permissions for employment, information provided by Respondent, and any other relevant information concerning Respondent's probation.

  5. Panji Winata.

263 Muirfield Road
Los Angeles, CA 90004
213-266-8156

Mr. Winata will be called to testify regarding Respondent's employment, income, bonuses, reimbursements, benefits, essential tasks, per diem, payment of travel expenses, performance, eligibility for re-hire or future contract positions, in-kind income, and to provide pay invoices and Respondent's complete employment file.

  6. Tara Neilson

[Contact information known to Petitioner]

Ms. Neilson may be called to testify regarding her observations and interactions with the parties during the marriage.

  7. Barak Carter

[Contact information known to Petitioner]

Mr. Carter may be called to testify regarding his observations and interactions with the parties during the marriage.

  8. Any witnesses endorsed by Respondent.

2

II. Expert Witnesses

    1. Ret. Magistrate Evelyn Hernandez Sullivan, Discovery Master

        627 N. Weber Street, Suite #2
        Colorado Springs, CO 80903
        719-439-5104

Ret. Magistrate Hernandez Sullivan may be called to testify regarding any discovery matters at issue and proposed/ ordered sanctions for such.

    2. Retirement/ Pension Valuation Expert, To be named

If necessary, a retirement and pension valuation expert may be called to testify as to the value of Respondent's FERS account. This expert may be called regarding the valuation, underlying data used to reach the value, and ERISA treatment, and if Petitioner qualifies for any continuing benefits pursuant to ERISA, and/or costs and procedure for dividing same;  also may be called to rebut any retirement/pension valuation expert called by Petitioner.

    3. Any expert witness endorsed by Petitioner.

    4. Any expert witness necessary for rebuttal.

    5. Any expert witness necessary for impeachment and authentication.

DATED:   April 24, 2020

Respectfully Submitted,

*Duly signed copy on file
at the Office of Robert L. Kruse, P.C.*

ROBERT L. KRUSE, P.C.  (#17880)
Attorney for Respondent
231 East Vermijo Avenue
Colorado Springs, Colorado  80903
Phone: (719) 471-2100

## CERTIFICATE OF MAILING

On April 24, 2020 a true copy of the foregoing was E-served via ICCES to:

Hannah M. Clark
Colorado Legal Group
1777 South Harrison St., Suite 1210
Denver, CO  80210

[hannah@coloradolegalgroup.com]

*Duly signed copy on file
at the Office of Robert L. Kruse, P.C.*

_____
Robert L. Kruse

4