IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

---

*United States of America v. Yen Cham Yung*

---

Case No. 20-mj-00078-SKC

---

# Exhibit A

**Date Printed: 06/22/2020**

**Yung, Candice Donnell Vs. Yung, Yen Cham - 2019DR30862 - El Paso County**

| **Summary** | | |
|---|---|---|
| **Case #:** 2019DR30862 (District) | **Location:** El Paso County | **Date Filed:** 2019-07-26 |
| **Case Status:** | **Date Case Closed:** N/A | **Date of Speedy Trial:** N/A |
| **Case Type:** Dissolution of Marriage | **Appealed:** N | **E-Filed:** N |
| **Judge or Magistrate:** David Scott Prince | **Division:** 2 | **Bar Number:** 20056 |
| **Related Cases:** 2019M4950 (El Paso); 2019C2278 (El Paso); 2019M4941 (El Paso); | | |

| **Participants** | | |
|---|---|---|
| **Party Type:** Impartial | **Person Status:** Not Applicable | |
| **Name:** Yung, Yen Cham | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:** 1963-01-23 **Gender:** **Race:** **Drivers License:** **SSN:** 226061105 **StateID:** | Active Address 12440 Jacobs Creek Court Colorado Springs CO 80921 Active Address 12440 Jacobs Creek Court Colorado Springs CO 80921 Cellular : (720) 4724228 Cellular : (720) 4724228 | **Attorney Role:** Private Attorney **Attorney Name:** Kruse, Robert Loyd JR **Attorney Bar #:** 17880 **Primary Attorney:** No **Attorney Role:** Private Attorney **Attorney Name:** Kruse, Robert Loyd JR **Attorney Bar #:** 17880 **Primary Attorney:** No |
| **Party Type:** Impartial | **Person Status:** Active | |
| **Name:** Sullivan, Evelyn | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:** **Gender:** **Race:** **Drivers License:** **StateID:** | | **Attorney Role:** Special Advocate **Attorney Name:** Sullivan, Evelyn H **Attorney Bar #:** 19432 **Primary Attorney:** Yes **Attorney Role:** Special Advocate **Attorney Name:** Hernandez-sullivan, Evelyn **Attorney Bar #:** 19432 |

**Exhibit A**

| **Party Type:** Petitioner | **Person Status:** Active | |
|---|---|---|
| **Name:** Yung, Candice Donnell | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:** 1951-03-30<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**SSN:** 555903961<br>**StateID:** | Active Address<br>12440 Jacobs Creek Ct<br>Colorado Springs CO 80921<br><br>Cellular : (630) 6758028 | **Attorney Role:** Private Attorney<br>**Attorney Name:** Clark, Hannah Marchand<br>**Attorney Bar #:** 46504<br>**Primary Attorney:** Yes |

| **Party Type:** Respondent | **Person Status:** Active | |
|---|---|---|
| **Name:** Yung, Yen Cham | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:** 1963-01-23<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**SSN:** 226061105<br>**StateID:** | Active Address<br>12440 Jacobs Creek Court<br>Colorado Springs CO 80921<br><br>Active Address<br>12440 Jacobs Creek Court<br>Colorado Springs CO 80921<br><br>Cellular : (720) 4724228<br>Cellular : (720) 4724228 | **Attorney Role:** Private Attorney<br>**Attorney Name:** Kruse, Robert Loyd JR<br>**Attorney Bar #:** 17880<br>**Primary Attorney:** No<br><br>**Attorney Role:** Private Attorney<br>**Attorney Name:** Kruse, Robert Loyd JR<br>**Attorney Bar #:** 17880<br>**Primary Attorney:** No |

**Charges / Dispositions**

No Charges / Dispositions Information

**Hearings/Trials**

| Date | Time | Room # | Type/Note | Status | Judge/Bar Number |
|---|---|---|---|---|---|
| 2020-06-24 | 02:00 PM | 2 | Dissolution & Permanent Orders | | David Scott Prince (20056) |
| 2020-05-14 | 08:30 AM | 2 | Pre-Trial Readiness Conference | Hearing Held | David Scott Prince (20056) |
| 2020-05-08 | 05:30 PM | M | Review<br>NOTE: CCS | Hearing Held | Dennis L Mcguire (33379) |
| 2020-03-05 | 01:30 PM | 2 | Status Conference<br>NOTE: DISCOVERY | Hearing Held | David Scott Prince (20056) |
| 2019-12-05 | 05:00 PM | 2 | Review<br>NOTE: SET? | Hearing Held | David Scott Prince (20056) |
| 2019-11-25 | 05:00 PM | 2 | Review<br>NOTE: 120 DAY REVW | Hearing Held | David Scott Prince (20056) |

**Exhibit A**

2019DR30862 - El Paso County  https://www.jbits.courts.state.co.us/pas/pubaccess/user/govdata/printdetai...

| 2019-11-20 | 08:30 AM | M | Setting<br>NOTE: CONTESTED | Vacated | Dennis L Mcguire (33379) |
|---|---|---|---|---|---|
| 2019-11-08 | 05:30 PM | M | Review<br>NOTE: STATUS? | Hearing Held | Dennis L Mcguire (33379) |
| 2019-10-11 | 01:30 PM | M | Hearing | Hearing Held | Dennis L Mcguire (33379) |
| 2019-10-08 | 11:00 AM | DRRS | Initial Conference Appearance | Hearing Held | Family Court Facilitator (900293) |
| 2019-10-01 | 08:15 AM | M | Setting<br>NOTE: GAVE DATES | Hearing Held | Dennis L Mcguire (33379) |
| 2019-09-26 | 05:30 PM | M | Review<br>NOTE: ISC SET? | Vacated | Dennis L Mcguire (33379) |
| 2019-09-23 | 05:30 PM | M | Review<br>NOTE: STAT | Vacated | Dennis L Mcguire (33379) |
| 2019-09-19 | 08:15 AM | M | Setting<br>NOTE: GAVE DATES | Hearing Held | Dennis L Mcguire (33379) |
| 2019-09-09 | 05:00 PM | M | Review<br>NOTE: 45 DAY REVW | Hearing Held | Dennis L Mcguire (33379) |

**Other Case Activities**

| Date | Code | Details/Notes |
|---|---|---|
| 2020-06-22 | ORDR | Order<br>Ruling: Action Taken, Document Title: Updated Webex Information |
| 2020-06-19 | EXHB | Exhibit-attach To Pleading/doc<br>PET1/ Yung, Candice Donnell<br>Exhibit 2 To Response To Second Motion To Continue Permanent Orders 5d5b1159e0606 |
| 2020-06-19 | EXHB | Exhibit-attach To Pleading/doc<br>PET1/ Yung, Candice Donnell<br>Exhibit 1 To Response To Second Motion To Continue Permanent Orders 5d5b1159e0606 |
| 2020-06-19 | EXHB | Exhibit-attach To Pleading/doc<br>PET1/ Yung, Candice Donnell<br>Exhibit 2 Part 3 Of Exhibit 1 To Motion For Control Of All Financial Affairs Of Marital Estate And Enforcement Of C.r.s.14-10-107 5d5b1159e0606 |
| 2020-06-19 | EXHB | Exhibit-attach To Pleading/doc<br>PET1/ Yung, Candice Donnell<br>Exhibit 2 Part 2 Of Exhibit 1 To Motion For Control Of All Financial Affairs Of Marital Estate And Enforcement Of C.r.s. 14-10-107 5d5b1159e0606 |
| 2020-06-19 | EXHB | Exhibit-attach To Pleading/doc<br>PET1/ Yung, Candice Donnell<br>Exhibit 2 Part 1 Of Exhibit 1 To Motion For Control Of All Financial Affairs Of Marital Estate And Enforcement Of C.r.s. 14-10-107 5d5b1159e0606 |
| 2020-06-19 | EXHB | Exhibit-attach To Pleading/doc<br>PET1/ Yung, Candice Donnell<br>Exhibit 1 To Motion For Control Of All Financial Affairs Of Marital Estate And<br>Enforcement Of C.r.s.14-10-107 5d5b1159e0606 |

**Exhibit A**

2019DR30862 - El Paso County

https://www.jbits.courts.state.co.us/pas/pubaccess/user/govdata/printdetai...

| 2020-06-19 | MINO | Minute Order (no Print)<br>Ptys Req To Know If Hearing Will Be By Phone Or In Person-told Them Right Now<br>Assume In Person Until Further Order-we Have Not Sent Out Webex Info Yet /asg |
| --- | --- | --- |
| 2020-06-19 | MOTN | Motion<br>PET1/ Yung, Candice Donnell<br>Motion For Control Of All Financial Affairs Of Marital Estate And Enforcement<br>Of C.r.s. 14-10-107 5d5b1159e0606 |
| 2020-06-19 | MOTN | Motion<br>PET1/ Yung, Candice Donnell<br>Forthwith Motion To Enforce Court Order And Appear By Webex At Permanent<br>Orders Scheduled For June 24, 2020 5d5b1159e0606 |
| 2020-06-19 | PORD | Proposed Order E-file Use Only<br>PET1/ Yung, Candice Donnell<br>Order Granting Forthwith Motion To Enforce Court Order And Appear By Webex At<br>Permanent Orders Scheduled For June 24, 2020 5d5b1159e0606 |
| 2020-06-19 | RSPN | Response<br>PET1/ Yung, Candice Donnell<br>Response To Second Motion To Continue Permanent Orders 5d5b1159e0606 |
| 2020-06-18 | MOTC | Motion To Continue (pty)<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Second Motion To Continue 219d0771422fb |
| 2020-06-18 | NOTC | Notice Filed<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Notice Of Withdrawal Of Motion To Continue Final Orders And/or Hold A Hearing<br>On Motion For Possession Of Marital Home 219d0771422fb |
| 2020-06-18 | NOTC | Notice Filed<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Notice Of Withdrawal Of Motion For Withdrawal Of Counsel 219d0771422fb |
| 2020-06-18 | PORD | Proposed Order E-file Use Only<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Order Regarding Second Motion To Continue Final Orders 219d0771422fb |
| 2020-06-18 | RSPN | Response<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Response To Forthwith Motion For Protective Order And For Sanctions 219d0771422fb |
| 2020-06-17 | EXHB | Exhibit-attach To Pleading/doc<br>PET1/ Yung, Candice Donnell<br>Exhibit 5 To Forthwith Motion For Protective Order And Request For Sanctions<br>De61b604d5c97 |

**Exhibit A**

2019DR30862 - El Paso County                    https://www.jbits.courts.state.co.us/pas/pubaccess/user/govdata/printdetai...

| 2020-06-17 | EXHB | Exhibit-attach To Pleading/doc<br>PET1/ Yung, Candice Donnell<br>Exhibit 4 To Forthwith Motion For Protective Order And Request For Sanctions<br>De61b604d5c97 |
| 2020-06-17 | EXHB | Exhibit-attach To Pleading/doc<br>PET1/ Yung, Candice Donnell<br>Exhibit 3 To Forthwith Motion For Protective Order And Request For Sanctions<br>De61b604d5c97 |
| 2020-06-17 | EXHB | Exhibit-attach To Pleading/doc<br>PET1/ Yung, Candice Donnell<br>Exhibit 2 To Forthwith Motion For Protective Order And Request For Sanctions<br>De61b604d5c97 |
| 2020-06-17 | EXHB | Exhibit-attach To Pleading/doc<br>PET1/ Yung, Candice Donnell<br>Exhibit 1 To Forthwith Motion For Protective Order And Request For Sanctions<br>De61b604d5c97 |
| 2020-06-17 | EXHB | Exhibit-attach To Pleading/doc<br>PET1/ Yung, Candice Donnell<br>Exhibit: Property Division Spreadsheet For Jtmc 1b3c011b8a149 |
| 2020-06-17 | EXHL | Exhibit List<br>PET1/ Yung, Candice Donnell<br>Petitioners Exhibit List For Permanent Orders Hearing Scheduled For June 24,<br>2020 At 2:00 P.m. 6cf688b8c2497 |
| 2020-06-17 | MOTN | Motion<br>PET1/ Yung, Candice Donnell<br>Forthwith Motion For Protective Order And Request For Sanctions<br>De61b604d5c97 |
| 2020-06-17 | PORD | Proposed Order E-file Use Only<br>PET1/ Yung, Candice Donnell<br>Order Granting Forthwith Motion For Protective Order And Request For Sanctions<br>De61b604d5c97 |
| 2020-06-17 | TMCT | Trial Management Certificate<br>PET1/ Yung, Candice Donnell<br>Trial Management Certificate 1b3c011b8a149 |
| 2020-06-16 | RSPN | Response<br>PET1/ Yung, Candice Donnell<br>Response To Motion To Continue 7358b87cbee00 |
| 2020-06-15 | MAWD | Motn To Withdraw<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Motion For Withdrawal Of Counsel 4a81dc7821cdc |
| 2020-06-15 | MOTC | Motion To Continue (pty)<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Motion To Continue Final Orders And/or Hold A Hearing On Motion For Possession<br>Of Marital Home 4a81dc7821cdc |

6/22/2020, 12:31 PM

**Exhibit A**

| 2020-06-15 | MOTN | Motion<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Motion For Possession Of Marital Home 4a81dc7821cdc |
|---|---|---|
| 2020-06-15 | NOWD | Notice Of Withdrawal Of Atty<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Notification Of Withdrawal Certificate 4a81dc7821cdc |
| 2020-06-15 | PORD | Proposed Order E-file Use Only<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Order Regarding Motion For Possession Of Marital Home 4a81dc7821cdc |
| 2020-06-15 | PORD | Proposed Order E-file Use Only<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Order Regarding Motion To Continue Final Orders 4a81dc7821cdc |
| 2020-06-15 | PORD | Proposed Order E-file Use Only<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Order Granting Motion For Withdrawal Of Counsel 4a81dc7821cdc |
| 2020-05-14 | MINC | Minute Order (print)<br>Prince;ddz;recorded Ptrd S506<br>Prv Clark For Petitioner Who Is Present By Phone<br>Prv Kruze For Respondent Who Is Present By Phone<br>All Issues Are In Dispute<br>Parties Discuss Special Master Issues<br>Court Advises Parties Re: Mediation /ddz |
| 2020-05-13 | EXHB | Exhibit-attach To Pleading/doc<br>IMP2/ Sullivan, Evelyn<br>Setting Date Efforts 49690cd34b29b |
| 2020-05-13 | RPRT | Report<br>IMP2/ Sullivan, Evelyn<br>Special Master Status Report 49690cd34b29b |
| 2020-05-13 | RPRT | Report<br>IMP2/ Sullivan, Evelyn<br>Amended Special Master Status Report 12561673ff95a |
| 2020-05-07 | ORDR | Order<br>Ruling: Action Taken, Document Title: Updated Webex Information |
| 2020-04-28 | ORDR | Order<br>Ruling: Action Taken, Document Title: Temporary Case Management Order - Covid<br>19 Procedures |
| 2020-04-24 | WITL | Witness List<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Witness List Ff7a6516d6c9d |
| 2020-04-22 | DCRT | Disclosure Certificate<br>PET1/ Yung, Candice Donnell<br>Petitioners Disclosure Of Lay And Expert Witnesses 136eb7fbdc6fa |
| 2020-03-17 | ORDR | Order<br>Ruling: Action Taken, Document Title: Order Appointing Discovery Master |

**Exhibit A**

2019DR30862 - El Paso County                          https://www.jbits.courts.state.co.us/pas/pubaccess/user/govdata/printdetai...

| 2020-03-16 | CC16 | Cert Of Compliance W/crcp 16.2<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Certificate Of Compliance W/crcp 16.2 Number 2 9f34da559a962 |
|---|---|---|
| 2020-03-16 | EXHB | Exhibit-attach To Pleading/doc<br>PET1/ Yung, Candice Donnell<br>Exhibit 3 To Petitioners Proposed Discovery Masters Ead2662f2ebe3 |
| 2020-03-16 | EXHB | Exhibit-attach To Pleading/doc<br>PET1/ Yung, Candice Donnell<br>Exhibit 2 To Petitioners Proposed Discovery Masters Ead2662f2ebe3 |
| 2020-03-16 | EXHB | Exhibit-attach To Pleading/doc<br>PET1/ Yung, Candice Donnell<br>Exhibit 1 To Petitioners Proposed Discovery Masters Ead2662f2ebe3 |
| 2020-03-16 | EXHB | Exhibit-attach To Pleading/doc<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Exhibit A D3be580297b0f |
| 2020-03-16 | FOTH | Filing Other<br>PET1/ Yung, Candice Donnell<br>Petitioners Proposed Discovery Masters Ead2662f2ebe3 |
| 2020-03-16 | FOTH | Filing Other<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Addendum To Status Report Regarding Discovery Master And Objection To Petitioners Proposals D3be580297b0f |
| 2020-03-16 | PORD | Proposed Order E-file Use Only<br>PET1/ Yung, Candice Donnell<br>Order Granting Petitioners Proposed Discovery Masters Ead2662f2ebe3 |
| 2020-03-16 | RPRT | Report<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Status Report Regarding Discovery Master And Objection To Petitioners Proposals 9f34da559a962 |
| 2020-03-06 | ORDR | Order<br>Ruling: Granted, Document Title: Order: Reply In Support Of Motion To Compel<br>And Request For Sanctions- Granted |
| 2020-03-05 | MINC | Minute Order (print)<br>Prince;recorded Discovery Conf<br>Prv Clark Appears On Behalf Of Petitioner<br>Prv Kruse Appears On Behalf Of Respondent<br>Parties Discuss Discovery Issues;atty Clark Has Requested Documents That Have<br>Not Been Produced;court Orders Respondent To Comply With Discovery Duties;respndent Will Produce Discovery Supplament Will Be 03/16<br>Atty Clark Requests Discovery Master At Respondents Expense;resp Has No<br>Objection;court Grants Request;both Sides Will Submit Names Of Potential Master To The Court By 03/16;parties Will Exchange The Names Of The Master By<br>03/12 /ddz |
| 2020-02-27 | MINO | Minute Order (no Print)<br>Discovery Conf Set For 03/05 At 1:30pm |

6/22/2020, 12:31 PM

**Exhibit A**

2019DR30862 - El Paso County          https://www.jbits.courts.state.co.us/pas/pubaccess/user/govdata/printdetai...

|            |      | Denver Atty Will Appear By Phone /ddz |
|------------|------|---------------------------------------|
| 2020-02-27 | NTHR | Notc Of Hearing<br>Notice Of Discovery Conference |
| 2020-02-21 | EXHB | Exhibit-attach To Pleading/doc<br>PET1/ Yung, Candice Donnell<br>Exhibit 2 To Reply In Support Of Motion To Compel And Request For Sanctions<br>D52545f01b2ff |
| 2020-02-21 | EXHB | Exhibit-attach To Pleading/doc<br>PET1/ Yung, Candice Donnell<br>Exhibit 1 To Reply In Support Of Motion To Compel And Request For Sanctions<br>D52545f01b2ff |
| 2020-02-21 | REPL | Reply<br>PET1/ Yung, Candice Donnell<br>Reply In Support Of Motion To Compel And Request For Sanctions<br>D52545f01b2ff |
| 2020-02-18 | EXHB | Exhibit-attach To Pleading/doc<br>PET1/ Yung, Candice Donnell<br>Exhibit 1 To Response To Motion For Protective Order Pursuant To C.r.c.p. 26(c) 3fd16f7be9851 |
| 2020-02-18 | RSPN | Response<br>PET1/ Yung, Candice Donnell<br>Response To Motion For Protective Order Pursuant To C.r.c.p. 26(c) 3fd16f7be9851 |
| 2020-02-14 | EXHB | Exhibit-attach To Pleading/doc<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Exhibit F B70e38701e2bd |
| 2020-02-14 | EXHB | Exhibit-attach To Pleading/doc<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Exhibit E B70e38701e2bd |
| 2020-02-14 | EXHB | Exhibit-attach To Pleading/doc<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Exhibit D B70e38701e2bd |
| 2020-02-14 | EXHB | Exhibit-attach To Pleading/doc<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Exhibit A B70e38701e2bd |
| 2020-02-14 | EXHB | Exhibit-attach To Pleading/doc<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Exhibit C B70e38701e2bd |
| 2020-02-14 | EXHB | Exhibit-attach To Pleading/doc<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Exhibit B B70e38701e2bd |
| 2020-02-14 | RSPN | Response<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham |

6/22/2020, 12:31 PM

**Exhibit A**

2019DR30862 - El Paso County  https://www.jbits.courts.state.co.us/pas/pubaccess/user/govdata/printdetai...

| | | |
|---|---|---|
| | | Amended Response To Motion To Compel And Request For Sanctions B70e38701e2bd |
| 2020-02-13 | EXHB | Exhibit-attach To Pleading/doc PET1/ Yung, Candice Donnell Exhibit 1 To Status Report 728a1b83a1664 |
| 2020-02-13 | PORD | Proposed Order E-file Use Only PET1/ Yung, Candice Donnell Order Re: Status Report Re: Respondents Response To Motion To Compel 728a1b83a1664 |
| 2020-02-13 | RPRT | Report PET1/ Yung, Candice Donnell Status Report Re: Respondents Response To Motion To Compel 728a1b83a1664 |
| 2020-02-05 | EXHB | Exhibit-attach To Pleading/doc IMP1/ Yung, Yen Cham RSP1/ Yung, Yen Cham Exhibit F 25b3588eb0123 |
| 2020-02-05 | EXHB | Exhibit-attach To Pleading/doc IMP1/ Yung, Yen Cham RSP1/ Yung, Yen Cham Exhibit E 25b3588eb0123 |
| 2020-02-05 | EXHB | Exhibit-attach To Pleading/doc IMP1/ Yung, Yen Cham RSP1/ Yung, Yen Cham Exhibit D 25b3588eb0123 |
| 2020-02-05 | EXHB | Exhibit-attach To Pleading/doc IMP1/ Yung, Yen Cham RSP1/ Yung, Yen Cham Exhibit C 25b3588eb0123 |
| 2020-02-05 | EXHB | Exhibit-attach To Pleading/doc IMP1/ Yung, Yen Cham RSP1/ Yung, Yen Cham Exhibit B 25b3588eb0123 |
| 2020-02-05 | EXHB | Exhibit-attach To Pleading/doc IMP1/ Yung, Yen Cham RSP1/ Yung, Yen Cham Exhibit A 25b3588eb0123 |
| 2020-02-05 | RSPN | Response IMP1/ Yung, Yen Cham RSP1/ Yung, Yen Cham Response To Motion To Compel And For Sanctions 25b3588eb0123 |
| 2020-01-28 | EXHB | Exhibit-attach To Pleading/doc PET1/ Yung, Candice Donnell Exhibit 3 To Motion To Compel And Request For Sanctions 266b2ee11f9d9 |
| 2020-01-28 | EXHB | Exhibit-attach To Pleading/doc PET1/ Yung, Candice Donnell Exhibit 2 To Motion To Compel And Request For Sanctions 266b2ee11f9d9 |
| 2020-01-28 | EXHB | Exhibit-attach To Pleading/doc PET1/ Yung, Candice Donnell Exhibit 1 To Motion To Compel And Request For Sanctions 266b2ee11f9d9 |
| 2020-01-28 | MOCO | Motion To Compel |

6/22/2020, 12:31 PM

**Exhibit A**

2019DR30862 - El Paso County        https://www.jbits.courts.state.co.us/pas/pubaccess/user/govdata/printdetai...

|  |  |  |  |
|---|---|---|---|
|  |  |  | PET1/ Yung, Candice Donnell<br>Motion To Compel And Request For Sanctions 266b2ee11f9d9 |
| 2020-01-28 | MOTN |  | Motion<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Motion For Protective Orders Pursuant To Crcp Rule 26 (c) B10f33b2e2217 |
| 2020-01-28 | PORD |  | Proposed Order E-file Use Only<br>PET1/ Yung, Candice Donnell<br>Order Granting Motion To Compel And Request For Sanctions<br>266b2ee11f9d9 |
| 2020-01-28 | PORD |  | Proposed Order E-file Use Only<br>PET1/ Yung, Candice Donnell<br>Order Granting Expedited Briefing Schedule To Motion To Compel And Request For<br>Sanctions 266b2ee11f9d9 |
| 2020-01-28 | PORD |  | Proposed Order E-file Use Only<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Order Regarding Respondents Motion For Protective Orders Pursuant To Crcp<br>Rule 26 (c) B10f33b2e2217 |
| 2020-01-28 | PORD |  | Proposed Order E-file Use Only<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Order Regarding Respondents Motion For Protective Orders Pursuant To Crcp<br>Rule 26 (c) B10f33b2e2217 |
| 2020-01-13 | ORDR |  | Order<br>Ruling: Granted With Amendments, Document Title: Order Re Unopposed Motion To<br>Appear By Telephone At The Pre-trial Conference |
| 2020-01-10 | MOTN |  | Motion<br>PET1/ Yung, Candice Donnell<br>Unopposed Motion To Appear By Telephone At The Pre-trial Conference<br>8a6a7aa0c6afe |
| 2020-01-10 | NTHR |  | Notc Of Hearing<br>PET1/ Yung, Candice Donnell<br>Notice Of Pre-trial Conference On May 14, 2020 At 8:30 Am And Permanent Orders<br>Hearing On June 24, 2020 At 2:00 Pm 976ad7c83fe4c |
| 2020-01-10 | PORD |  | Proposed Order E-file Use Only<br>PET1/ Yung, Candice Donnell<br>Order Re Unopposed Motion To Appear By Telephone At The Pre-trial Conference<br>8a6a7aa0c6afe |
| 2019-12-03 | MINO |  | Minute Order (no Print)<br>Atty Contacted Regarding A Half Day Setting<br>They Are Considering Re-filing The Motion For A Full Day Hearing /ddz |
| 2019-12-02 | ORDR |  | Order<br>Ruling: Action Taken, Document Title: Order: Unopposed Motion To Set A Full<br>Day Permanent Orders Hearing |

**Exhibit A**

2019DR30862 - El Paso County                    https://www.jbits.courts.state.co.us/pas/pubaccess/user/govdata/printdetai...

| | | |
|---|---|---|
| 2019-11-25 | MOTN | Motion<br>PET1/ Yung, Candice Donnell<br>Unopposed Motion To Set A Full Day Permanent Orders Hearing<br>14a7237867b1c |
| 2019-11-25 | PORD | Proposed Order E-file Use Only<br>PET1/ Yung, Candice Donnell<br>Order Granting Unopposed Motion To Set A Full Day Permanent Orders<br>Hearing<br>14a7237867b1c |
| 2019-11-20 | MINO | Minute Order (no Print)<br>Colorado Legal Calls To Get A Full Day Setting<br>Clerk Informs Them They Will Need To File A Motion Before Dates Can Be<br>Given<br>Out;they asked The Court To Take Note They Complied With Deadline For<br>Notice<br>To Set /ddz |
| 2019-11-13 | NOTC | Notice Filed<br>PET1/ Yung, Candice Donnell<br>Notice To Set Permanent Orders 62a61f7b9f380 |
| 2019-11-08 | CC16 | Cert Of Compliance W/crcp 16.2<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Amended Certificate Of Compliance W/crcp 16.2 3bebc508180bb |
| 2019-11-08 | CC16 | Cert Of Compliance W/crcp 16.2<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Certificate Of Compliance W/crcp 16.2 3bebc508180bb |
| 2019-11-08 | SWFS | Sworn Financial Statement<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Sworn Financial Statement 3bebc508180bb |
| 2019-11-01 | CC16 | Cert Of Compliance W/crcp 16.2<br>PET1/ Yung, Candice Donnell<br>Certificate Of Compliance With Mandatory Financial Disclosures<br>365776199687e |
| 2019-11-01 | SWFS | Sworn Financial Statement<br>PET1/ Yung, Candice Donnell<br>Sworn Financial Statement 365776199687e |
| 2019-10-29 | RPRT | Report<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Respondents Status Report Regarding Personal Property And Household<br>Goods<br>8edc01b22b319 |
| 2019-10-25 | RPRT | Report<br>PET1/ Yung, Candice Donnell<br>Status Report Regarding Personal Property And Household Goods<br>27287500f9021 |
| 2019-10-14 | ORDR | Order<br>Order From October 11th Hearing |
| 2019-10-11 | MINC | Minute Order (print)<br>Mag Mcguire/ Lmp Network Crtrm S350 Time:1:41 |

# Exhibit A

2019DR30862 - El Paso County                    https://www.jbits.courts.state.co.us/pas/pubaccess/user/govdata/printdetai...

|  |  | Petn Present With Atty Clark; Resp Present With Atty Kruse; Parties Agree Neither Shall Liquidate/cash Out The Cds And/or Bonds; Both Parties Are Permitted To Continue To Use The Joint Bank Account Subject To 14-10-107(4); Court Orders That Neither Party Is To Access The Safety Deposit Box Until Final Orders; Court Does Order; Petn States That Several Items Respondent Seeks Are Is In Possession Of The Fbi; According To The Resp Atty The Safety Deposit Box Was Ruined And No Longer Accessible; Court Orders The Parties To Draft A Status Report With The Court Within 14 Days Detailing The Location Of Any Disputed Items: I.e. With Items Are In The Marital Home, Which Item Locations Are Unknown And Wich Items Are In Possession Of Fbi, And Wich Items Have Been Provided To Respondent, To Include Those Items Provided To Respondent This Day In Open Court. /dlm /dlm |
|---|---|---|
| 2019-10-10 | RSPN | Response PET1/ Yung, Candice Donnell Petitioners Verified Response To Respondents Forthwith Motion To Freeze Certain Accounts And Motion To Require Petitioner To Return Certain Items Pursuant To C.r.s. 14-10-107 A9d38ce8b8a82 |
| 2019-10-08 | FOTH | Filing Other IMP1/ Yung, Yen Cham PET1/ Yung, Candice Donnell RSP1/ Yung, Yen Cham Spousal/partner Advisory Maintenance Guidelines Information Pursuant To 14-10-114 Crs |
| 2019-10-08 | MINC | Minute Order (print) 10/08/19 Isc W/fcf N.rugh; Ppwc H.clark - Pet Waits In Hall And Does Not Attend Isc; Rpwc R.kruse; No Req For Temp Ord - Ptys State They Will Req At Forthwith Hearing On 10/11 If Further Orders Are Needed; Ptys Have Tpo 19c2278 W/ncd 08/19/20; Rsp Has Pending Cases 19m4941 And 19m4950 Both Cases Have Mrog - Ncd 10/16; Attys Sign For Spous Sup Adv And Handed Copies; Timeframes As Set Forth In The Isc Ord Discussed; Fcf To E-file The Order /nar |
| 2019-10-08 | ORDR | Order Ruling: So Ordered, Document Title: Initial Status Conference Order |
| 2019-10-03 | NTHR | Notc Of Hearing PET1/ Yung, Candice Donnell Notice Of Hearing On Respondents Forthwith Motion To Freeze Certain Accounts And Motion To Require Petitioner To Return Certain Items Pursuant To Crs 14-10-107 30123c01c6847 |
| 2019-10-02 | MOTN | Motion PET1/ Yung, Candice Donnell Unopposed Motion To Appear By Telephone At Initial Status Conference C2c89281d56df |

**Exhibit A**

2019DR30862 - El Paso County

https://www.jbits.courts.state.co.us/pas/pubaccess/user/govdata/printdetai...

| 2019-10-02 | PORD | Proposed Order E-file Use Only<br>PET1/ Yung, Candice Donnell<br>Order Granting Unopposed Motion To Appear By Telephone At Initial Status Conference C2c89281d56df |
| 2019-09-27 | NOTC | Notice Filed<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Notice Of Initial Status Conference 4e3795711869e |
| 2019-09-25 | ORDR | Order<br>Ruling: Set For Hearing, Document Title: Order Regarding Forthwith Motion To<br>Freeze Certain Accounts And Motion To Require Petitioner To Return Certain<br>Items Pursuant To Crs 14-10-107 |
| 2019-09-19 | EXHB | Exhibit-attach To Pleading/doc<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Exhibit A 61a6d9ccd14e7 |
| 2019-09-19 | MINC | Minute Order (print)<br>Petn Atty Contacts Court And Gets Date; Petn Contacts Court And Has Confirmed<br>The Date Of 10/08/19 For Isc With Fcf Rugh; Petn Atty To Do Notice /Imp |
| 2019-09-19 | MOTN | Motion<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Forthwith Motion To Freeze Certain Accounts And Motion To Require Petitioner<br>To Return Certain Items Pursuant To Crs 14-10-107 61a6d9ccd14e7 |
| 2019-09-19 | PORD | Proposed Order E-file Use Only<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Order Regarding Forthwith Motion To Freeze Certain Accounts And Motion To<br>Require Petitioner To Return Certain Items Pursuant To Crs 14-10-107<br>61a6d9ccd14e7 |
| 2019-09-14 | NOTC | Notice Filed<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Notice To Set By Telephone 373c05f4bb3b8 |
| 2019-09-13 | PORD | Proposed Order E-file Use Only<br>PET1/ Yung, Candice Donnell<br>Order Re Stipulation Regarding Continuance Of Temporary Protection Order And<br>Consolidation Of Matters 85814a38ddec4 |
| 2019-09-13 | STIP | Stipulation<br>PET1/ Yung, Candice Donnell<br>Stipulation Regarding Continuance Of Temporary Protection Order And<br>Consolidation Of Matters 85814a38ddec4 |
| 2019-09-11 | ORDR | Order<br>Ruling: Granted, Document Title: Order Granting Unopposed Motion To Convert<br>Petition For Legal Separation Pursuant To C.r.s. 14-10-106 To A Petition For<br>Dissolution Of Marriage |

**Exhibit A**

2019DR30862 - El Paso County

https://www.jbits.courts.state.co.us/pas/pubaccess/user/govdata/printdetai...

| 2019-09-06 | CERT | Certificate Filed<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Clerks Office Certificate Of Mailing |
| 2019-09-06 | ENTR | Entry Of Appearance<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Entry Of Appearance C6a4af9a2eda5 |
| 2019-09-06 | MOTN | Motion<br>PET1/ Yung, Candice Donnell<br>Unopposed Motion To Convert Petition For Legal Separation Pursuant To C.r.s.<br>14-10-106 To A Petition For Dissolution Of Marriage 4f59b83830181 |
| 2019-09-06 | PORD | Proposed Order E-file Use Only<br>PET1/ Yung, Candice Donnell<br>Order Granting Unopposed Motion To Convert Petition For Legal Separation Pursuant To C.r.s. 14-10-106 To A Petition For Dissolution Of Marriage 4f59b83830181 |
| 2019-09-06 | RESP | Response To Petition<br>IMP1/ Yung, Yen Cham<br>RSP1/ Yung, Yen Cham<br>Response To Petition For Legal Separation |
| 2019-09-06 | RTSV | Return Of Service<br>PET1/ Yung, Candice Donnell<br>Return Of Service 4f59b83830181 |
| 2019-07-26 | DINF | Domestic Relations Info Sheet<br>PET1/ Yung, Candice Donnell<br>Case Information Sheet 2e9341671c975 |
| 2019-07-26 | PTLS | Petition For Legal Separation<br>PET1/ Yung, Candice Donnell<br>Petition For Legal Separation 2e9341671c975 |
| 2019-07-26 | SUMM | Summons<br>PET1/ Yung, Candice Donnell<br>Summons For Legal Separation 2e9341671c975 |

## Judgments

No Judgments Information

## Bonds

No Bonds Information

## Financial Summary

| Case Fees | Amount Collected |
| --- | --- |
| Civil Action Tax | $1.00 |
| Civil Filing Fee | $45.00 |

**Exhibit A**

2019DR30862 - El Paso County

https://www.jbits.courts.state.co.us/pas/pubaccess/user/govdata/printdetai...

| | |
|---|---|
| Court Security Cash Fund | $10.00 |
| Displaced Homemaker Fee | $5.00 |
| Dissolution of Marriage Fee | $115.00 |
| Domestic Abuse & Family Violence | $20.00 |
| Domestic Relations Childrens Trust Fund | $15.00 |
| Justice Center Cash Fund | $52.00 |
| Stabilization Fund - USER Fee | $80.00 |
| Vital Statistics Tax | $3.00 |
| Total Collected | $346.00 |

6/22/2020, 12:31 PM

**Exhibit A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

---

*United States of America v. Yen Cham Yung*

---

Case No. 20-mj-00078-SKC

---

# Exhibit B

| | |
|---|---|
| El Paso County, CO  District Court<br>address:  270 South Tejon<br>           Colorado Springs, CO 80903<br>Phone Number: (719) 452-5000 | |
| **IN RE THE MARRIAGE OF:**<br>**CANDICE  DONNELL  YUNG,  Petitioner,**<br>**and**<br>**YEN  CHAM  YUNG,        Respondent.** | **Court Use Only** |
| Robert L. Kruse, P.C.<br>231 East Vermijo Avenue<br>Colorado Springs, Colorado  80903<br>Phone Number: (719) 471-2100<br>Email: RobKruseLaw@gmail.com<br>FAX Number:  (719) 634-1579    Atty. Reg. #: 17880 | Case Number:<br><br>**2019DR30862**<br><br>Division M/2        Courtroom |
| **RESPONDENT'S  NON-PATTERN  REQUESTS  FOR  PRODUCTION  OF<br>DOCUMENTS  PROPOUNDED  TO  PETITIONER** | |

The following Non-Pattern Requests for Production of Documents to Petitioner, Candice Yung are propounded pursuant to C.R.C.P. 16.2, 26 and 34.

### Section 1.  Instructions to All Parties

(a)   These are general instructions.  For time limitations, requirements for service on other parties, and other details, see C.R.C.P. 16.2, 34, 121 §1-12, and the cases construing those Rules.

(b)   These requests for production of documents do not change existing law relating to requests for production of documents nor do they affect an answering party's right to assert any privilege or objection.

### Section 2.  Instructions to the Asking Party

(a)   These requests for production of documents are designed for optional use in domestic relations cases only.

(b)   Use care in choosing only those requests for production of documents that are applicable to the case.  Documents should not be requested that have been provided by disclosure or other means.

(c)   Subject to the limitations in C.R.C.P. Rules 16.2 and 34, additional requests for production of documents may be attached.

1

**Exhibit B**

(d)   Complete and accurate copies may replace originals.

### Section 3.  Instructions to the Answering Party

(a)   An answer or other appropriate response must be given to each request for production of documents.  Parties are to provide documents in response to these requests for production of documents with the understanding that they stand in a fiduciary relationship with each other.

(b)   As a general rule, **within 35 days after you are served with these requests** for production of documents, you must serve your responses on the asking party and serve copies of your responses on all other parties to the action who have appeared.  See C.R.C.P. 34 for details.

(c)   The response shall state with respect to each item or category that inspection and related activities will be permitted as requested, unless the request is objected to, in which event the reasons for the objection shall be stated.  If an objection is made to part of an item or category, the part shall be specified and an inspection permitted of the remaining parts.

(d)   A party who produces documents for inspection shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the request.

### Section 4.  Definitions

(a)   You or your includes you, your agents, your employees, your insurance companies, their agents, their employees, your attorneys, your accountants, your investigators, and anyone else acting on your behalf.

(b)   Person includes a natural person, firm, association, organization, partnership, business, trust, corporation, or public entity.

(c)   Document means a writing, as defined in CRE 1001 and includes the original or a copy of handwriting, typewriting, printing, photostating, photographing, magnetic impulses, mechanical or electronic recording or other form of data compilation and every other means of recording upon any tangible thing and form of communicating or representation, including letters, words, pictures, sounds, or symbols, or combinations of them.

(d)   Address means the street address, including the city, state, and zip code.

### Section 5.  Non-Pattern Request for Production of Documents

2

**Exhibit B**

1.  All receipts or inventory documents showing all items seized by the F.B.I (Federal Bureau of Investigation) from the marital home provided to Petitioner from the F.B.I. and in particular F.B.I. form: FD-597.

2.  Receipts from Kay Jewelers for items reflected on Petitioner's Sworn Financial Statement.

3.  Copies of business card of each F.B.I. agent who seized the personal items of Respondent from the marital home which Petitioner turned over to the F.B.I.

4.  Receipts for all purchases of any personal property items made by Petitioner in value over $200.00 in the past 36 months.

5.  Clean and legible copies of all savings bonds from 1987 to when such savings bonds stopped being purchased by the parties, which Respondent believes to be about the end of 2008.

6.  All documents related to marital home located at 12440 Jacobs Creek Court, such as mortgage interest statements, billings for utilities and repairs, etc . . . which are relevant for the filing of income tax returns for tax year 2019.

Respectfully Submitted,

DATED:  April 3, 2020

Respectfully Submitted,

*Duly signed copy on file*
*at the Office of Robert L. Kruse, P.C.*

_____
ROBERT L. KRUSE, P.C.  (#17880)
Attorney for Respondent
231 East Vermijo Avenue
Colorado Springs, Colorado  80903
Phone: (719) 471-2100

## CERTIFICATE OF MAILING

On April 3, 2020 a true copy of the foregoing was E-served via ICCES to:

Hannah M. Clark
Colorado Legal Group

3

**Exhibit B**

1777 South Harrison St., Suite 1210
Denver, CO 80210

[hannah@coloradolegalgroup.com]

*Duly signed copy on file
at the Office of Robert L. Kruse, P.C.*

_____
               Robert L. Kruse

4

**Exhibit B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

_____

*United States of America v. Yen Cham Yung*

_____

Case No. 20-mj-00078-SKC

_____

# Exhibit C

Donald R. Shannon, Jr.
2626 Thrush Grove
Colorado Springs, CO 80920
June 22, 2020

Magistrate Judge S. Kato Crews
United States District Court, District of Colorado
Byron Rogers Courthouse
1929 Stout St.
Denver, CO 80294

Your Honor,

I have lived in Colorado Springs for over 13 years. I currently have a service-disabled veteran-owned small business based out of Colorado. Yen Cham Yung has been staying at my house (2626 Thrush Grove) for the better part of a year now. We served together as FBI Agents and I have known him for almost 10 years. Yen is a man of good character and certainly not a flight risk nor a danger to the community.

I have observed him dealing with his difficult divorce with integrity and the intent to do the right thing. He has been in complete compliance with the restrictions of his current situation and with all court orders throughout his divorce proceedings. He sincerely desires to get through this trying time and move forward with his life. He wants to make further positive contributions to society and our nation, if given the opportunity. I know this from having dinner with him almost every night and talking about his future and his goals.

He is considerate of his community and desires a fair settlement with his spouse. Please let me know if there is anything I might do to assist. I can be reached at the number below should your desire further information or have questions during his upcoming hearing.

Sincerely,

*Donald R. Shannon, Jr.*

862-247-5982
drshannon786@gmail.com

**Exhibit C**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

_____

*United States of America v. Yen Cham Yung*

_____

Case No. 20-mj-00078-SKC

_____

# Exhibit D

# STANDARD CONDITIONS OF SUPERVISION

I will abide by the following conditions in addition to the conditions ordered on the previous page:

**Crime-Free Lifestyle:**

1. I will not commit any offense and will report any contact with law enforcement to the probation officer.
2. I will not harass, molest, intimidate, retaliate against, or tamper with any victims of or any prosecution witnesses to the crime(s).
3. I will not act as a confidential informant.
4. I will not possess or have access to any firearm, explosive or destructive device, or any other dangerous instrument or dangerous or illegal weapon.
5. I will submit to a search of my person, property, residence, vehicle, or personal effects, including but not limited to any electronic devices, by the probation officer when there are reasonable grounds to search. My personal property is subject to seizure if it violates any of the terms and conditions of my supervision, and I specifically consent to the use of any seized property as evidence in a modification or revocation proceeding.
6. I will not use alcohol (to excess)*, use or possess any controlled substances without a prescription or in a manner that is inconsistent with a prescription, or use any illegal, dangerous, or abusable drugs or substances. I understand that the use of medical marijuana is permissible unless such use is prohibited by court order or my conviction is for a violation of Article 43.3 of Title 12, C.R.S. (offense prior to 10/1/18) or Article 11 of Title 44 (offense on or after 10/1/18). *strike out as appropriate/determined by assessment
7. I will submit to drug and alcohol testing as directed by the probation officer. I understand I am responsible for the costs of testing, unless other arrangements have been made through the probation officer.

**Treatment:**

8. I will actively participate in, cooperate with, and successfully complete any referral, evaluation, assessment or recommended program. These programs may include but are not limited to: placement in a residential or outpatient program, counseling or treatment for drugs or alcohol, mental health, domestic violence, cognitive behavioral, offense specific or anger management. I will sign any necessary releases of information, and I understand I am responsible for the costs of treatment and services, unless other arrangements have been made through the probation officer.

**Supervision:**

9. I will report to the probation officer for appointments, as directed by the Court or the probation officer. I understand that the probation officer can visit me at reasonable times at home or elsewhere. I will provide the probation department with safe access to my residence.
10. I will notify the probation officer of changes in my address, phone number, employment, or education status.
11. I will maintain suitable employment and/or pursue employment, education, or vocational training.
12. I will comply with any other requirements of the probation officer, including answering all reasonable questions asked by the probation officer, in order to meet the conditions imposed by the Court. Also, I will sign each release of information that is necessary for the probation department to communicate with others regarding my supervision.
13. I will not leave the State of Colorado without written permission from the probation officer or the Court.
14. As required by §18-1.3-204(1.5), C.R.S., if I am convicted of a felony, or a qualifying misdemeanor offense pursuant to the Interstate Compact for Adult Offender Supervision, I will sign a Waiver of Extradition agreeing to waive all formal proceedings and return to Colorado in the event I am arrested in another state.
15. If I was convicted of any felony or if I was convicted of, or received a deferred judgment/sentence for, any misdemeanor or felony offense involving unlawful sexual behavior as defined by §16-22-102(9), C.R.S., or any misdemeanor or felony offense for which the underlying factual basis involves unlawful sexual behavior I will submit to and pay for a test of my biological substance to determine genetic markers (DNA) in accordance with §16-11-102.4, C.R.S., unless this process was completed at arrest or issuance of a summons.
16. If required for my offense, I will comply with all registration requirements of the Colorado Sex Offender Registration Act (C.R.S. Title 16, Article 22, Part 1) and will sign the registry notice that sets forth the registration requirements.

**Intensive Programs:** If placed in an intensive supervision program, the following additional conditions will also apply:

1. I will comply with any curfew established by the probation officer.
2. I will not consume alcohol.
3. I will allow the probation officer to search my person, property, residence, vehicle, or personal effects, including but not limited to any electronic devices, at any time with or without my consent. My personal property is subject to seizure if it violates any of the terms and conditions of my supervision, and I specifically consent to the use of any seized property as evidence in a modification or revocation proceeding.

## Exhibit D